# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**SIMEON J. BRIGGS,** :

    **Petitioner** :

                                                   **CIVIL ACTION NO. 3:18-1543**

**v.** :

                                                   **(Judge Mannion)**

**DAVID J. EBBERT, Warden,** :

    **Respondent** :

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The Clerk of Court is directed to **TRANSFER** the above captioned action to the United States District Court for the District of Rhode Island.

2. The Clerk of Court shall **CLOSE** this case.

                                              s/ *Malachy E. Mannion*
                                            **MALACHY E. MANNION**
                                            **United States District Judge**

**Date: October 11, 2018**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2018 MEMORANDA\18-1543-01-ORDER.wpd